HORTON *v.* GEORGIA FOUNDRY AND MACHINE COMPANY.

BECK, J.    Under the evidence in this case no other finding than one for the defendant would have been authorized, and the court did not err in directing a verdict accordingly.

*Judgment affirmed.    All the Justices concur.*

FEBRUARY 19, 1910.

Action for personalty.    Before Judge Wright.    Floyd superior court.    August 4, 1908.

*M. B. Eubanks,* for plaintiff.

*Lipscomb, Willingham & Doyal,* for defendant.